UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wright Electric, Inc.,
William G. Vice, Billy Joe Porter,

Plaintiffs,

v.

Minnesota State Board of Electricity
John Schultz, The City of West
St. Paul, Richard Bradley,

Defendants.

Civil No. 00-1457 JRT/FLN

PRETRIAL SCHEDULE

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties must be served by October 10, 2000.

b. All discovery shall be commenced in time to be completed by December 1, 2000.

c. All pre-discovery disclosures required by Rule 26(a)(1) have been completed.

d. No more than 30 interrogatories, including all discrete subparts, shall be served by any party.

e. No more than 30 Requests for Admission shall be served by any party.

f. No more than 30 Document Requests shall be served by any party.

FILED SEP 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

g. No more than 5 non-expert depositions shall be taken by any party.

h. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by January 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Dispositive Motions:

a. All dispositive motions shall be filed prior to March 1, 2001 .

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

3. Trial

a. This case shall be ready for trial no later than June 1, 2001, at which time it will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last 2 trial days.

DATED: Sept 28, 2000.

Franklin L Noel

FRANKLIN L. NOEL
Chief Magistrate Judge