UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wright Electric, Inc., a Minnesota corporation;
William G. Vice, an individual; and
Billy Joe Porter, an individual,

Civil File No. 00-1457 (JRT/FLN)

Plaintiffs,

v.

**ORDER**

Minnesota State Board of Electricity;
John Schultz, Executive Secretary of the
Minnesota State Board of Electricity;
City of West St. Paul; and Richard Bradley,
Electrical Inspector of the City of West. St. Paul,

Defendants.

---

This matter came on for hearing before the Honorable Franklin L. Noel, United States District Court, on January 8, 2001, pursuant to Defendants' Joint Motion to Extend Discovery Deadlines in this matter. Plaintiffs were represented by their attorney, Gregg J. Cavanagh; defendants Minnesota State Board of Electricity and John Schultz were represented by their attorneys, Michele M. Owen and Bobby J. Champion, Assistant Attorney Generals; defendant City of West St Paul was represented by its attorney, Julie Fleming-Wolfe, and defendant Richard Bradley was represented by his attorneys, Michael D. Hutchens and Bradley J. Lindeman.

Based upon all of the files, records and proceedings herein, as well as the arguments of counsel, the Court being fully advised in the premises,

**IT IS HEREBY ORDERED that:**

FILED JAN 0 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

1. The Joint Motion to Extend Discovery Deadlines is hereby granted in all respects;

2. The September 28, 2000 Pretrial Scheduling Order in this case shall be modified as follows:

   a. Discovery shall be completed by March 1, 2001;

   b. All non-dispositive motions and supporting documents, including those that relate to discovery, shall be served by April 1, 2001;

   c. All dispositive motions shall be filed prior to June 1, 2001; and

   d. This case shall be ready for trial, if a trial is necessary, no later than June 1, 2001.

Dated: 1/8, 2001

BY THE COURT:

By: Franklin L. Noel
The Honorable Franklin L. Noel
United States District Court