# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wright Electric, Inc.,
William G. Vice, and
Billy Joe Porter

Case No. Civil 00-1457 JRT/FLN

**JUDGMENT IN A CIVIL CASE**

v.

Minnesota State Board of Electricity; John Schultz, Executive Secretary of the Minnesota State Board of Electricity; City of West St. Paul; and Richard Bradley, Inspector of the City of West St. Paul

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Defendants' Motions for Summary Judgment are granted;
2. Defendant Bradley's Motion for Summary Judgment is moot;
3. Plaintiffs' Motion for Summary Judgment is denied;
4. Plaintiffs' Complaint is dismissed with prejudice.

DATE: March 31, 2002

RICHARD D. SLETTEN, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

52