# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 02-2079

| | | |
|---|---|---|
| Wright Electric, Inc., a Minnesota corporation; William G. Vice, an individual; Billy Joe Porter, | * | |
| Appellants, | * | |
| v. | * | |
| Minnesota State Board of Electricity; John Schultz, Executive Secretary of the Minnesota State Board of Electricity; City of W. St. Paul, Minnesota; Richard Bradley, Electrical Inspector of the City of West St. Paul, Minnesota, | * | Appeal from the United States District Court for the District of Minnesota |
| Appellees. | * | |
| ------------------------------------------ | * | |
| International Brotherhood of Electrical Workers, AFL-CIO, | * | |
| Amicus of Behalf of Appellees. | * | |

56

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

March 20, 2003

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans